# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00666-CV

**Entergy Texas, Inc.; Southwestern Public Service Company;
and Texas Industrial Energy Consumers, Appellants**

**v.**

**Public Utility Commission of Texas, Appellee**

---

**FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
NO. D-1-GN-18-000208, THE HONORABLE DUSTIN M. HOWELL, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellants Entergy Texas, Inc.; Southwestern Public Service Company; and Texas Industrial Energy Consumers have filed a motion to dismiss, explaining that recent legislation has rendered the issue moot and asking us to vacate the trial court's judgment and dismiss the cause. Appellee the Public Utility Commission of Texas has filed a response stating that it does not oppose the relief requested by appellants. Southwest Transmission, LLC, and Gridliance High Plains LLC, intervenor-appellees (although intervenors are not named as appellees by the notices of appeal, they have filed appellees' briefs), have filed a motion opposing the motion to dismiss on grounds that a lawsuit challenging the constitutionality of the recent legislation has been filed in federal court. They assert that if this cause is dismissed and the federal court then determines that the legislation is unconstitutional, a party to the underlying case will have to "re-file and pursue a new, redundant appeal." They instead state that "it may be

more appropriate for the Court to stay this case pending the resolution of" the federal proceeding. However, we decline to hold this cause in abeyance for an undeterminable amount of time while the matter pends in federal court. We therefore grant appellants' motion to dismiss. We vacate the trial court's judgment without regard to the merits and render judgment dismissing the underlying case. *See* Tex. R. App. P. 42.2.

 

_____

Jeff Rose, Chief Justice

Before Chief Justice Rose, Justices Triana and Smith

Dismissed on Appellants' Motion

Filed: August 2, 2019